UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

CASE NO. 6:11-CV-01749 SEC P

ALBERT K ALEXANDER

VERSUS                                    JUDGE ROBERT SUMMERHAYS

CITY POLICE OF LAFAYETTE    MAGISTRATE JUDGE WHITEHURST
ET AL

## PARTIAL JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED, ADJUDGED AND DECREED THAT** claims against Darla Montgomery, Mike Barah, Home Depot, Fred's Discount Store, Clayton Mobile Homes, Van Allen Homes, Kanisha Youngblood, Brooke Frey, Pamela Denman, Sharon Sergi, Leon Vedrienn, Carol Mitchell, Travis Knight, Terry Penner, Jason Domingue, Chrissy Meche, Lowes Loss Prevention Team, John Does, Home Depot Loss Prevention Office, Sandy Mixon, Young Broadcasting, Sam's Wholesale Club, Haskin Smith, Coburns of Lafayette South, Lowes Home Improvement, District Attorney Office Lafayette, City Police of Lafayette, A-Z Insurance Co., Officer John Does, Wal-Mart Store #2938 (Lafayette) and Wal-Mart

Store #543 (Opelousas) are **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim for which relief may be granted.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED THAT** claims against Michael Harson and Adam Haney should be **DISMISSED WITH PREJUDICE** as they seek monetary relief against defendants who are immune from such relief.

THUS DONE in Chambers on this 29th day of May, 2019.

Robert R. Summerhays
United States District Judge